IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Ali,<br><br>    Petitioner,<br><br>vs.<br><br>Phillip Crawford, Field Office Director, ICE; Alberto Gonzales, Attorney General of the United States,<br><br>    Respondents. | No. CV 06-01149-PHX-EHC<br><br>**ORDER** |

Petitioner Mohammed Ali filed a Petition for Writ of Habeas Corpus, arguing that his detention for four years while his removal proceedings have been pending is unlawful. (Dkt. 1). This matter was referred to Magistrate Judge Duncan for Report and Recommendation ("R & R"). Magistrate Judge Duncan issued a R & R in accordance with 28 U.S.C. § 636(b)(1)(B). (Dkt. 12). The R & R recommends that the Court grant the Petition and that the Court either order Petitioner's release from custody under an order of supervision, or, in the alternative, order Respondents to provide a hearing to Petitioner within sixty (60) days of its Order before an Immigration Judge with the power to grant him bail unless Respondents establish that he is a flight risk or will be a danger to the community. (Dkt. 12).

Respondents filed their Objections to the R & R. (Dkt. 15). Petitioner filed a Declaration in response to Respondents' Objections to the Report and Recommendation. (Dkt. 17). Petitioner filed a Response to Government's Objections together with a Declaration. (Dkts. 18-19).

**Standard of Review**

A district court judge reviews a Report and Recommendation of a Magistrate Judge *de novo*. *See* 28 U.S.C. § 636(b)(1)(C).

**Discussion**

The Court having reviewed the record *de novo*, including the Objections filed by the Respondents, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED** in full. (Dkt. 12).

**IT IS FURTHER ORDERED** that the Respondents' Objections to the Report and Recommendation of the Magistrate Judge are **DENIED**. (Dkt. 15).

**IT IS FURTHER ORDERED** that Respondents shall have **sixty (60) days** from the date this Order is filed to provide a hearing to Petitioner before an Immigration Judge with the power to grant him bail unless Respondents establish that Petitioner is a flight risk or will be a danger to the community.

**IT IS FURTHER ORDERED** that if Respondents fail to provide a hearing to Petitioner before an Immigration Judge within **sixty (60) days** of the date this Order is filed, Petitioner shall be released from custody under an order of supervision.

DATED this 8th day of June, 2007.

Earl H. Carroll
United States District Judge